IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF TEXAS

_Lubbock_ DIVISION  Box 209 Lubbock, TX 79401

_Kevin Wayne Edwards Sr_
Plaintiff's name and ID Number

_2600 S Sunset Ave_
Place of Confinement

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 23 2023
CLERK, U.S. DISTRICT COURT
By ___BMH___
Deputy

CASE NO: 5-23CV-061-H
(Clerk will assign the number)

v.

_Jessica Law atty_ State Counsel for offender
Defendant's name and address
_legal Service Section P.O. Box 4005_
_Huntsville, Texas 27342-4005_
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS – READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.
2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.
3. You must file a separate complaint for each claim you have unless the various claims are all related in the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.
4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

ATC 1983 (Rev. 04/06)                    Page 1 of 7

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.
2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.
3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 IPLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has be paid.
4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

I. **PREVIOUS LAWSUITS:**
   A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?    YES __✓__    NO

   B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: _____

      2. Parties to previous lawsuit:
         Plaintiff(s): _____

         Defendant(s): _____

      3. Court (If federal, name the district; if state, name the county) _____

      4. Docket Number: _____

      5. Name of the judge to whom case was assigned: _____

      6. Disposition: (Was the case dismissed, appealed, still pending?)
         _____

      7. Approximate date of disposition: _____

II. **PLACE OF PRESENT CONFINEMENT:** 2600 S Sunset Ave Littlefield TX 79339

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution?   _____ YES _____ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THE SUIT:**

A. Name and address of plaintiff:
Kevin Wayne Edwards 2600 S Sunset Ave Littlefield, TX 79339

B. Full name of each defendant, his official position, his place of employment and his full <u>mailing</u> address.

Defendant #1: Jessica day State Counsel for offenders atty P.O. Box 4005 Huntsville, TX 77342-4005

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Jessica day failed to Expose all evidence in my

Defendant #2: jury trial. that I need to win my civil commitment Conviction and there is

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
23 violation of my civil Rights In Montgomery Co

Defendant #3: 435th dist Ct Rm. Patti Magginnis Honoree and New Judge since Judge Tiler

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Resigned and NO assualt was done to my

Defendant #4: wife Because det dyfan found out that my wife Elisa Mae Kendrew Charles Edwards Sr was

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Not Hurt, and false Police Report was Used

Defendant #5: to gain this Conviction, Incumbent Judge magistrate Northern dist Ct Rm

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
my wife testified in follow up avestigation

There was NO Kidnaping or abduction at my Home Plus my wife said So.

V. **STATEMENT OF CLAIM:**

State here in a short plain statement of the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

In Conclusion I asked that Relief Be granted on this illegal Conviction and that Jessica day State counsel for offenders Be charge with misrepresentation, of my Constitutional Civil Rights. over 23 times and when I win I asked that the director of TCCO Marsha McLane be given a Bus ticket to Bmt, TX to my Homestead due to Ineffective Counsel. 4616 W. Howard Lane Bldg 2 Suite 350 Austin, TX 78728 is T.C.C.O office address I asked Relief Be granted and I get Back my freedom Because of false Police Report.

VI. **RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

Could you please grant Clemency, Pardon and vindication and Relief from wrongful Conviction

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Harry S Truman Jr, Kelvin Wayne Edwards, Kervin Wayne Edwards

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

60508/477405/1315655/13-05-05231-CV/60805

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? _____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): _____
2. Case Number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? _____

C. Have any court ever warned or notified you that sanctions could be imposed? _____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed the warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning were imposed: _____

Executed on: 3-4-23
(Date)

Kevin Wayne Edwards Sr
(Printed Name)

_Kevin E.E._
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury, all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they are frivolous, malicious or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without payment of costs, I am responsible for the enter $350 filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this ___4___ day of ___3___, 20__23__.
 (Day)          (Month)              (Year)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

ATC 1983 (Rev. 04/06)         Page 5 of 7

Kevin W Edwards Sr
Over ~~~~
2600 S Sun Set Ave
Littlefield, TX 79339
13-05-05231-CV

Lubbock TX P&DC 794
TUE 21 MAR 2023 PM

United State Northern dist Ct
Clerk Karen Mitchell
1205 Texas Ave Room 209
Lubbock, TX 79401

RECEIVED
MAR 2 3 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

MAILED
3/21/23


