UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| KEVIN WAYNE EDWARDS,<br><br>      Petitioner,<br><br>v.<br><br>MARSHA MCLANE, DIRECTOR,<br>TEXAS CIVIL COMMITMENT<br>OFFICE,<br><br>      Respondent. | No. 5:23-CV-00061-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed with prejudice.

Dated September 29, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge